Date : 06/30/2005
Time : 13:21

## Account Activity Ledger
From: 01/01/2005 To: 06/30/2005

05 - 465

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00253480 | Name POWELL, JENNIFER | | | Block 8 | | Previous Balance | | 0.10 |
| O/C 1/4 | 01/04/2005 | 11:15 | B#35641 | D | | 1.62 | | 1.72 |
| REL.1/10 | 01/11/2005 | 10:26 | B#35749 | W | | | 0.00 | 1.72 |
| REC.5/12 | 05/12/2005 | 14:32 | B#37309 | D | | 30.00 | | 31.72 |
| Sales Transaction | 05/17/2005 | 10:16 | I#71770 | I | 14.18 | | | 17.54 |
| HP.5/18 | 05/18/2005 | 14:23 | B#37375 | W | | | -3.00 | 14.54 |
| Sales Transaction | 05/24/2005 | 10:09 | I#71963 | I | 5.79 | | | 8.75 |
| Sales Transaction | 05/31/2005 | 12:10 | I#72157 | I | 6.87 | | | 1.88 |
| REC.5/28 | 05/31/2005 | 15:20 | B#37528 | D | | 20.00 | | 21.88 |
| KIT.PAY.4/24-5/28 | 06/01/2005 | 13:16 | B#37542 | D | | 4.14 | | 26.02 |
| Sales Transaction | 06/07/2005 | 07:29 | I#72388 | I | 15.79 | | | 10.23 |
| Sales Transaction | 06/14/2005 | 10:11 | I#72579 | I | 9.79 | | | 0.44 |
| Sales Transaction | 06/21/2005 | 12:31 | I#72769 | I | 0.40 | | | 0.04 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 4 For $ | 55.76 |
| Withdraws | 2 For $ | -3.00 |
| Invoices | 6 For $ | 52.82 |

FILED
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE