(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Jennifer L Powell 00257480
(Name of Plaintiff)     (Inmate Number)

660 Baylor Blvd
New Castle Del 19720
(Complete Address with zip code)

05 - 465

(2) _____
(Name of Plaintiff)     (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Stanley Taylor Doc
(2) Paul Howard Doc
(3) Warden George Doc
PHS (medical in jail)
(Names of Defendants)
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

* * Jury Trial Requested

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

No

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C.  If your answer to "B" is Yes:

   1. What steps did you take? Filled a grievance form

   2. What was the result? Was sent to mental health

D.  If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Stan Taylor DOC
Employed as Commissioner at DOC
Mailing address with zip code: 245 McKee Road Dover, DE 19904

(2) Name of second defendant: Paul Howard DOC
Employed as Bureau Chief at DOC
Mailing address with zip code: 245 McKee Road Dover, DE 19904

(3) Name of third defendant: Warden George DOC
Employed as Warden at DOC
Mailing address with zip code: Route 113 Georgetown DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

PHS 245 McKee Road Dover DE 19904

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I told them I was bleeding And Needed a Doctor

2. I was miscarring for 3 weeks with No Doctor

3. I was massed Because I told them I couldn't work Because I Needed a dictor And was massed

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to Compensated For pain and sufficiently I'm very depressed. I need a place to live. Its hard for me to hold a job Depressed

3

2.  I would like money for the Lose of my Baby.

3.  I Need a Lawyer

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27__ day of __June__, 2_005_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Jennifer L Powell SBI #00255480
660 Baylor BLVD
New Castle DE 19720   JUL 1 2005
Wilmington, DE 19555

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilm Del 19801

U.S.M.S. X-RAY