IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JENNIFER POWELL,           )
                           )
        Plaintiff,         )
                           )
    v.                     ) Civ. No. 05-465-GMS
                           )
STANLEY TAYLOR, PAUL HOWARD,)
WARDEN GEORGE, and PHS,    )
                           )
        Defendants.        )

**AUTHORIZATION**

I, Jennifer Powell, SBI # 253480, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.86 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 19, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7-20-05, 2005.

_____
Jennifer Powell





Jennifer L Powell
253480
660 Baylor Blvd
New Castle Del 19730

Office of the Clerk
United States District Court
844 N King St Lock Box 18
Wilm, Del 19801-3570