# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Jennifer Powell

Plaintiff (s),

vs.

ET EL CMS
Stan Taylic Doc
Paul Howard DOC
Warden George Occ

Defendant (s),

Civil Action No. 05-465-GMS

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR  Admendment

I made a mistake on one of my names take off PHS It is cms

Plaintiff(s) therefore requests:

Cms to be added to my Lawsuit

Respectfully submitted on this 16 day of August, 2004

*Jennifer Powell*



Jennifer L Powell
660 Baylor Blvd
NewCastle Del 19720

Clerk
US District Court
Lock Box 18
844 N King St
Wilm Del 19801

U.S.M.S
X-RAY