Case # 05-cv-465

To the office of the Clerk

I'm writing to inform you of my new address it is only Temporary

SWRC
23207 Dupont Blvd
Georgetown, DE
19947

thank you

Jennifer Powell
*Jennifer Powell*



FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





Jennifer Powell
SWRCI
23207 Dupont Blvd
Georgetown DE 19947

Office of the Clerk
U.S. Dist Ct
844 Lock Box 18
Wilm DE, 19861