

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER L. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-465-GMS |
| | ) |
| STANLEY TAYLOR, PAUL | ) |
| HOWARD, WARDEN GEORGE, | ) |
| and CORRECTIONAL MEDICAL | ) |
| SERVICES, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM**

Plaintiff Jennifer L. Powell ("Powell"), was incarcerated at the Delores J. Baylor Women's Correctional Institution, New Castle, Delaware, at the time she filed this lawsuit pursuant to 42 U.S.C. § 1983. She appears *pro se* and was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 3.) The court now proceeds to review and screen the complaint pursuant to 28 U.S.C. § 1915 and § 1915A.

**I.    THE COMPLAINT**

Powell brings the action against Department of Correction ("DOC") Commissioner Stan Taylor ("Commissioner Taylor"), DOC Bureau Chief Paul Howard ("Bureau Chief Howard"), DOC Warden George ("Warden George"), and Correctional Medical Services ("CMS"). (D.I. 2, 5.) Powell alleges that she told "them" she was bleeding and needed a doctor; that she was "miscarrying for three weeks with no doctor"; and, she was "missed" because she told "them" she could not work because she needed a doctor. (D.I. 2.) She seeks compensation, a place to