Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Return to Sender

05-465-GMS

FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Jennifer L. Powell
SBI#253480
SWRC
23207 Dupont Blvd.
Georgetown, DE 19947

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
■ NOT DELIVERABLE AS ADDRESSED
  — UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

WILMINGTON DE
17 MAY 2006 PM

Mailed From 19801
US POSTAGE
06/17/2006
$00.39



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER L. POWELL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 05-465-GMS ) |
| STANLEY TAYLOR, PAUL HOWARD, WARDEN GEORGE, and CORRECTIONAL MEDICAL SERVICES, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

WHEREAS, plaintiff Jennifer L. Powell, filed a complaint on July 5, 2005(D.I. 2);

WHEREAS, on March 31, 2006, an order was entered dismissing the complaint and giving plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 7);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 16th day of May, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE